```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

PRINCIPAL LIFE INSURANCE CO.,

    Plaintiff,

v.                                  Case No. 8:13-cv-1787-T-33TBM

SABRINA FLORER McADAMS and
KENNETH ROBERT HOOD,

    Defendants.
_____/

## ORDER

This matter comes before the Court *sua sponte*. On July 11, 2013, Principal Life Insurance Company initiated this interpleader action to resolve competing claims to certain life insurance policy benefits. (Doc. # 1). On July 30, 2013, Principal Life filed a Motion for Leave to Deposit Life Insurance Benefit and for Discharge (Doc. # 9), which the Court granted on August 19, 2013 (Doc. # 10). Also on August 19, 2013, the Court entered an Order directing the two Defendants in this case to file a response with the Court, on or before August 30, 2013, indicating whether they intended to claim the benefit in dispute. (Doc. # 11).

On August 23, 2013, Principal Life deposited into the Court Registry $9,530.63, representing the disputed life insurance benefit as well as applicable interest. (Doc. # 13). Having deposited the amount of the disputed benefit,

Principal Life was dismissed from this action on August 27, 2013. (Doc. # 14).

On August 28, 2013, pro se Defendant Kenneth Hood filed a response asserting a claim to the disputed benefit. (Doc. # 15). Defendant Sabrina McAdams failed to respond by the deadline imposed by the Court. Nonetheless, on September 4, 2013, the Court entered an Order providing McAdams an additional opportunity to respond. (Doc. # 16). The Order advised McAdams that, unless a response was filed on her behalf on or before September 18, 2013, the Court would distribute the entire amount of the disputed benefit to Hood. (Id.). Again, McAdams failed to respond.

The Court accordingly directs the Clerk to disburse the entire amount of the funds in the Court Registry related to this matter to Defendant Kenneth Robert Hood, leaving no sum on deposit. Furthermore, the Court deems it appropriate to dismiss this action following the disbursement of the funds to Hood.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Clerk is directed to disburse all funds in the Court Registry related to this matter, amounting to

$9,530.63, to Defendant Kenneth Robert Hood, leaving no sum left on deposit.

(2) The check should be sent to Kenneth R. Hood, 3586 B. Sandridge Church Rd., Sneads, FL 32460.

(3) Upon disbursement of the funds as provided herein, the Clerk is directed to **CLOSE THIS CASE.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 23rd day of September, 2013.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

Sabrina Florer McAdams
39232 9th Ave.
Zephyrhills, FL 33542

Kenneth R. Hood
3586 B. Sandridge Church Rd.
Sneads, FL 32460